**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| PHILADELPHIA INDEMNITY INSURANCE COMPANY, | ) | |
| Plaintiff, | ) | Case No.: 1: 18-cv-03912 |
| v. | ) | Honorable Sara L. Ellis |
| BLAST FITNESS GROUP LLC, BLAST FITNESS BURBANK LLC, & DAVID SEGER, | ) | |
| Defendants. | ) | |

**DEFENDANT, DAVID SEGER'S,**
**MOTION TO VACATE ORDER OF DEFAULT AND LEAVE TO APPEAR**

**NOW COMES** the Defendant, **DAVID SEGER**, by and through his attorney, **SCOTT A. BLUMENSHINE** of the **BLUMENSHINE LAW GROUP**, respectfully moves this Honorable Court to dismiss Plaintiff, **PHILADELPHIA INDEMNITY INSURANCE COMPANY**, Complaint at Law under Fed. R. Civ. P. 12(b)(2) and (5); or in the alternative vacate any and all defaults entered against Defendant, **DAVID SEGER**, and grant him leave to file his responsive pleading to Plaintiff's Complaint at Law within twenty one (21) days from the Court's hearing of this Motion. In support of Defendant's Motion to Dismiss, he states as follows:

1. On June 5, 2018, Plaintiff, **PHILADELPHIA INDEMNITY INSURANCE COMPANY**, filed its original Complaint at Law against Defendants **BLAST FITNESS GROUP, LLC**, **BLAST FITNESS BURBANK, LLC**, and **DAVID SEGER**.

2. On June 26, 2018, Plaintiff issued summons to Defendant, **DAVID SEGER**, at the address of 14536 Morningside Rd., Orland Park, IL 60462. The affidavit of Plaintiff's process server was filed with this Court on July 6, 2018.

3. A Federal bankruptcy proceeding for Defendant, **BLAST FITNESS GROUP, LLC**, is currently pending in the United States Bankruptcy Court, District of Massachusetts. That at all times hereto, an automatic stay has been in effect related to any litigation involving Defendant, **BLAST FITNESS GROUP, LLC**.

4. That Plaintiff, **PHILADELPHIA INDEMNITY INSURANCE COMPANY**, did not obtain an order from the United States Bankruptcy Court for the District of Massachusetts modifying the automatic stay to allow the prosecution of this Declaratory Judgment Action until September 6, 2018. (*See* a copy of the September 6, 2018 Order, attached hereto as Exhibit A).

5. On October 16, 2018, this Honorable Court granted Plaintiff's Motion for Default and entered an Order of Default against Defendant, **DAVID SEGER**.

6. That this action was brought in violation of the automatic stay that was in effect at the time of Plaintiff, **PHILADELPHIA INDEMNITY INSURANCE COMPANY**, filing its Complaint at Law.

7. Furthermore, the automatic stay related to this action was in effect at the time Plaintiff, **PHILADELPHIA INDEMNITY INSURANCE COMPANY**, purportedly perfected its service of summons on Defendant, **DAVID SEGER**.

8. Defendant, **DAVID SEGER**, has now engaged counsel to represent him in this matter.

9. Fed. R. Civ. P. 55(c) allows this Honorable Court to "set aside an entry of default for good cause."

10. Defendant, **DAVID SEGER**, respectfully requests this Honorable Court to vacate any and all defaults entered against him in this matter.

11. Further, Defendant, **DAVID SEGER**, respectfully requests this Honorable Court grant him twenty-one (21) days from the Court's hearing of this Motion to file his responsive pleading. In the interim, Defendant, **DAIVD SEGER**, will engage in the conferral and filing of the joint proposed discovery schedule.

WHEREFORE, Defendant, **DAVID SEGER**, respectfully requests this Honorable Court to vacate any and all defaults entered against him and grant him leave to appear and file his responsive pleading to Plaintiff's Complaint at Law within twenty-one (21) days after this Court's hearing of the Motion.

Dated: November 15, 2018

Respectfully Submitted,

/s/ Scott A. Blumenshine

Scott A. Blumenshine
Blumenshine Law Group
155 N. Michigan Avenue, Suite 400
Chicago, Illinois 60601
Ph: 312.766.1000
F: 312.871.3349
sblumenshine@blg-legal.com
Counsel for Defendant – David Seger