**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| **PHILADELPHIA INDEMNITY INSURANCE COMPANY,** | ) | |
| **Plaintiff,** | ) | |
| **vs.** | ) | **Civil No. 18-cv-3912** |
| **BLAST FITNESS GROUP LLC, BLAST FITNESS BURBANK LLC, & DAVID SEGER,** | ) | |
| **Defendants,** | ) | |

**PLAINTIFF'S MOTION TO STRIKE ARGUMENTS MADE FOR FIRST TIME IN SEGER'S REPLY OR, ALTERNATIVELY, FOR LEAVE TO FILE A SUR-REPLY**

Plaintiff, PHILADELPHIA INDEMNITY INSURANCE COMPANY ("PIIC"), by and through its attorneys, Traub Lieberman Straus & Shrewsberry LLP, hereby submits this Motion to Strike Arguments Made For First Time in Seger's Reply or, Alternatively, For Leave to File a Sur-Reply.

On November 16, 2018, Defendant David Seger filed his Motion to Vacate Order of Default ("Motion"). (Doc. #34.) In his Motion, Seger requested that the Court vacate the default entered against him, based on the assertion that he had "good cause" for failing to respond because the automatic stay in the Bankruptcy Case was in effect was this action was filed and when he was served. Seger did not seek any additional relief or raise any other arguments in his Motion.

In his Reply, however, Seger argues, for the first time, that this action should be dismissed and that Seger should be awarded costs. (Doc. #37.) These arguments are not made in response to any issues or arguments raised in PIIC's arguments. Instead, Seger improperly raises these arguments for the first time in his Reply. Arguments and issues raised for the first time in a

reply brief are deemed waived. *Ossola v. American Express Co.*, 149 F.Supp.3d 934, 937 n.6 (N.D. Ill. 2015). Thus, Seger's request to dismiss this action and award costs and fees and arguments in support of the same should be deemed waived and stricken from his Reply.

In the alternative, PIIC should be given an opportunity to respond to the arguments made for the first time in Seger's Reply, and requests leave to file a Sur-Reply.

Dated: December 12, 2018

Respectfully Submitted,

By: /s/ Brian C. Bassett
One of the Attorneys for PHILADELPHIA INDEMNITY INSURANCE COMPANY

Brian C. Bassett (#6285714)
Julie Klein (#6316842)
TRAUB LIEBERMAN STRAUS & SHREWSBERRY, LLP
303 W. Madison Street, Suite 1200
Chicago, IL 60606
Phone: (312) 332-3900
Fax: (312) 332-3908
bbassett@tlsslaw.com
jklein@tlsslaw.com

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the foregoing document was filed December 12, 2018, with the Clerk of the Court using the CM/ECF System, which will send electronic notification of such filing to all counsel on record.

Respectfully Submitted,

By: /s/ Brian C. Bassett
One of the Attorneys for PHILADELPHIA INDEMNITY INSURANCE COMPANY

Brian C. Bassett (#6285714)
Julie Klein (#6316842)
TRAUB LIEBERMAN STRAUS & SHREWSBERRY, LLP
303 W. Madison Street, Suite 1200
Chicago, IL 60606
Phone: (312) 332-3900
Fax: (312) 332-3908
bbassett@tlsslaw.com
jklein@tlsslaw.com