**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.2.2**
**Eastern Division**

Philadelphia Indemnity Insurance Company
Plaintiff,
v.
Case No.: 1:18−cv−03912
Honorable Sara L. Ellis
Blast Fitness Group, LLC, et al.
Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, December 17, 2018:

MINUTE entry before the Honorable Sara L. Ellis: Plaintiff's motion to strike arguments raised in Defendant's reply or for leave to file sur−reply [38] is granted in part. The Court will not consider any arguments raised for the first time in Defendant's reply brief. Mailed notice(rj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.